WR-49,534-25

EX PARTE
GREGORY ALLEN CLAYBON
PETITIONER

IN THE CRIMINAL COURT
OF APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

## NO. 49,534

# PETITION FOR REVIEW

COME NOW,GREGORY A.CLAYBON,petitioner,who wishes that the judges of this said court allow him the right to chellenge the findings of facts and conclutions of law that was submitted by the state on April 7,2004 as being fictitious and a fabrication.The current claims and issues have not been and could not have been presented previously in my original application because the factual and legal basis for this claim was unavailable on the date the appli-cant filed his previous application.

The Dallas County District Attorney and the Judge of said court know that the Judges of the Criminal Court of Appeals has the authority to go back over old cases for the sake of justice.The state keeps claiming that my plea was a voluntary plea of guilty. If the state continues to claims this as factual,should the state be required to submit to this court the original court room court reporters transcribed notes of that hearing to proove tha what they claim is the truth.This document should also show that I was given a fair and non-partial trial,and that none of my rights was not violated by the court or by the state.Require that they show proof of their sayings.

The state deceived this court when they knowingly and deliberate-ly submitted their facts findings and conclutions of law on April seventh of 2004 due to the fact tha it was indeed a fictitous and fabricated document and she knew she was submitting falsified and fabricated document.Her action should be concidered an act of unethical behavior on her part.

I submitted and attached thereto and incorporated therein as ex-hibits the preponderance of proof needed to prove my case,but the state has rejected this proof because they wish to only pro-tect the reputation of their office.

The Dallas County District Attorney and the Judge of said court is also asking this court to also reject the preponderance of proof that I have submitted.They are telling this court that I should not have the right to present to this court any proof that

will show that I am the one who is actually showing this court the truth concerning the violations the state committed against me from start to finish.The State and the Judge of the said court refused to accept the proof thereby rejecting it.They know and they took advantage of the fact that the higher courts takes the side of the state,that's why she submitted her fictious and fabricated court room scenario of August 5,1998.She knew that this court would accept it at face value and not question it's truthfulness.I beg this court to question the authenticity of that document.

I also submitted by preponderance of proof the indictment attach thereto and incorporating therein as exhibit number two.This document should also be examined.The state says they can not find any thing wrong with this document.theycan not authenticate this because it does not have a dallas county district clerk's stamp on it to make it a legal document.

I also submitted to the court the preponderance of proof showing that the judge had used duress on august 5,1998 to get me into excepting another year of probation.The state said that I had been released from jail and faild to abide by the new stipulation to attend a rehabilatation clenict.I know that this new information should have been submitted along with the other exhibits but could I please submit this document as exhibit X,this exhibit will show that I could not have violated the stipulations of my probation.It shows that I had not been released for jail and was rearrested because I failed to carry out my end of the agreement. From june eighth to the ninth of january 1999 I was incarcirated. This document does not have a signature of my so called attorney on it.The state and the Judge of said refuse to see this.

The Dallas County District Attorney and The Judge of that said court says that the state did not submit any fictious and fabricated documents to the Criminal Court of Appeals on April 7,2004. On august 21,2002,the judges of the court of criminal appeals remaned my caes back to the lower court for more information on my being denied my rights to an attorney on August 5,1998 when the judge ordered me under duress into excepting another year of probation without a lawyer nor did the state submit a motion to extend my probation.

The order the that was handed down from the judges of this court was for only 120 days,but it took the state 585 days to return their answer.The state had violated that order,The judge knew that the state was deciving this court,the judge signed off on this knowing that it was a false documet.they knew when this docu ment was submitted they took for granted that this court would not question the truthfulness of it.

The lower court and tha Dallas County District Attorney reviewed the preponderance of proof showing that the document the state submitted as the court room scenario of August 5,1998 was not a legal document,it was submitted along with the other court reporters transcibed notes that was submitted to Fifth Court of Appeal in Dallas.This document was fabricated out of the mind of Dallas County District Attorney's mind and was submitted to the court as an authentic document.

I produced and submitted to the court the preponderance of proof

but it was rejected.THE state and the judge of said court wish-
for this court to egnor the truth as well and allow the deceitful
practice to be upheld to protect the reputation of their office
and uphold the injustice against me.


I know that I submitted a few writs,it was only out of fustration
and anger.I know that I am not an Attorney but I was and still
trying to show to this court that the state and the Judge ouf the
lower court violated my rights and they are still trying get this
court to uphold their wrong doing.


The Dallas County District Attorney and The Judge of the lower
court know that I am under alife long obligation to regester each
and every year as required by law and if I do not or if Ifail to
regester an arrest warrant would be issued for me and I could
spend up to two years in prison,Because of the state refusing to
except the preponderace of proof that I submitted as required un-
der this rule I am suffering from collateral consequences because
the state deceived this court,and now is asking for this court to
help them to cover this all up and uphold their decitful practice
and protect the reputation of their office.


                              PRAYER
                           -----------
I pray that this court please allow my petition to be heard be-
fore this court to be reviewed along with all the information I
have submitted in order to show that my rights was denied and
that the Judge of the lower court along with the Dallas County
District Attorney abused the authority of their office in all
that has been done to me and now being denied me.
I pray that the Judges of this said court acknowledge that the
facts findings and conclusions of law submitted by the state to
be considered by this court as fictitious and a fabricated docu-
ment to decived this hohorable court and do not allow this state
to deprive me of the justice I am entitle to.
I pray that this court grant me the relief I seek.




                              Respectfully
                              Gregory A.Claybon
                              3701 Vilbig
                              Dallas,Tex. 75212

The state says that my writ should be denied because it was not
not notorised.The Dallas County District Clerk notorised my writ.
notorisation is only required when applicant submit their writ
by mail,if the applicant submit their writ in person no notory is
required and the state and the Dallas county District Attorney
know this.I submitted my writ in person.

# EXHIBIT X



Lupe Valdez, Sheriff
FRANK CROWLEY COURTS BUILDING
133 N. RIVERFRONT BLVD., LB-31
DALLAS, TEXAS 75207

**26-Jul-15**

You have requested that this department provide you with documentation concerning the time you spent in the Dallas County Jail.

The records of the Dallas County Sheriffs Department reflect that  **CLAYBON,GREGORY**

with the date of birth of  **6/12/1956** a B/M          ,  was in the Dallas County Jail on the following dates:

| Booked into jail on | 12/2/1999 | and released from jail on | 9/25/2001 |
|---|---|---|---|
| Booked into jail on | 6/10/1999 | and released from jail on | 10/14/1999 |
| Booked into jail on | 6/8/1998 | and released from jail on | 1/19/1999 |
| Booked into jail on | 4/29/1998 | and released from jail on | 5/8/1998 |
| Booked into jail on | 4/14/1998 | and released from jail on | 4/16/1998 |
| Booked into jail on | N/A | and released from jail on | N/A |
| Booked into jail on | N/A | and released from jail on | N/A |
| Booked into jail on | N/A | and released from jail on | N/A |
| Booked into jail on | N/A | and released from jail on | N/A |
| Booked into jail on | N/A | and released from jail on | N/A |

CONFIRMED BY:
RECORDS UNIT

DALLAS CO. SHERIFF'S DEPARTMENT